AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seabright, J. Michael | District Court - Hawaii | 05/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

300 Ala Moana Blvd.
Room C-435
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | State of Hawaii Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Honolulu Federal Credit Union Accounts | A | Interest | M | T | | | | | |
| 2. State of Hawaii Deferred Compensation Plan | A | Dividend | K | T | | | | | |
| 3. Pershing Federated Treasury Obligations (sweep account) | A | Dividend | N | T | | | | | |
| 4. Ishares Russell 1000 Value ETF (IWD) | | None | | | Sold | 01/08/16 | L | C | |
| 5. Ishares Russell 2000 Growth ETF (IWO) | | None | | | Sold | 01/08/16 | K | A | |
| 6. Ishares Russell 2000 Value ETF (IWN) | | None | | | Sold | 01/08/16 | K | | |
| 7. Ishares Russell Midcap Growth ETF (IWP) | | None | | | Sold | 01/08/16 | K | B | |
| 8. Ishares Russell Midcap Value ETF (IWS) | | None | | | Sold | 01/08/16 | K | B | |
| 9. Acadia Pharmaceuticals, Inc. (ACAD) | | None | J | T | Buy | 01/06/16 | J | | |
| 10. | | | | | Sold (part) | 06/21/16 | J | | |
| 11. Alibaba Group Holding (BABA) | | None | | | Buy | 09/22/16 | K | | |
| 12. | | | | | Buy (add'l) | 09/29/16 | K | | |
| 13. | | | | | Sold | 11/02/16 | K | | |
| 14. Canadian Solar Inc. (CSIQ) | | None | | | Buy | 01/06/16 | K | | |
| 15. | | | | | Buy (add'l) | 01/25/16 | K | | |
| 16. | | | | | Sold | 02/11/16 | K | | |
| 17. David's Tea Inc. (DTEA) | | None | | | Buy | 07/25/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/29/16 | K | | |
| 19. | | | | | Sold | 09/07/16 | J | | |
| 20. Callaway Golf Co. (ELY) | | None | | | Buy (add'l) | 01/06/16 | K | | |
| 21. | | | | | Sold | 02/11/16 | K | | |
| 22. Express Scripts Holding (ESRX) | | None | | | Buy | 09/22/16 | K | | |
| 23. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 24. | | | | | Sold | 10/25/16 | K | A | |
| 25. Mobileye NV (MBLY) | | None | | | Buy | 10/07/16 | K | | |
| 26. | | | | | Sold | 11/10/16 | K | | |
| 27. Mazor Robotics Ltd (MZOR) | | None | | | Buy | 04/12/16 | K | | |
| 28. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 29. | | | | | Sold | 05/18/16 | K | B | |
| 30. Nike Inc. (NKE) | | None | | | Buy | 04/12/16 | L | | |
| 31. | | | | | Sold | 06/16/16 | L | C | |
| 32. Oclaro, Inc. (OCLR) | | None | | | Buy | 02/26/16 | K | | |
| 33. | | | | | Sold | 03/16/16 | K | | |
| 34. Pacific Biosciences of Ca. (PACB) | | None | | | Buy | 04/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/29/16 | K | | |
| 36. Sempra Energy (SRE) | | None | | | Buy | 01/08/16 | K | | |
| 37. | | | | | Buy (add'l) | 01/25/16 | K | | |
| 38. | | | | | Sold | 04/04/16 | M | | |
| 39. SM Energy Co. (SM) | | None | | | Buy | 12/02/16 | K | | |
| 40. | | | | | Sold | 12/29/16 | K | | |
| 41. Republic Airways Holding, Inc. (RJETQ) | | None | | | Buy | 03/03/16 | J | | |
| 42. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 43. | | | | | Sold | 10/19/16 | J | | |
| 44. ProShares Short QQQ ETF (PSQ) | | None | | | Buy | 02/12/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 46. | | | | | Sold (part) | 04/13/16 | J | | |
| 47. | | | | | Sold | 07/26/16 | J | | |
| 48. Pfizer Inc. (PFE) | | None | | | Buy | 03/30/16 | L | | |
| 49. | | | | | Sold | 04/06/16 | L | C | |
| 50. Synergy Resources Corp. (SYRG) | | None | | | Buy | 07/25/16 | K | | |
| 51. | | | | | Sold | 08/17/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FireEye Inc. (FEYE) | | None | K | T | Buy (add'l) | 01/06/16 | K | | |
| 53. Nuveen Preferred Income Opportunities (JPC) | A | Dividend | | | Sold | 02/12/16 | K | | |
| 54. Par Pacific Holdings, Inc. (PARR) | | None | K | T | Sold (part) | 03/14/16 | J | | |
| 55. | | | | | Sold (part) | 03/18/16 | K | | |
| 56. | | | | | Buy (add'l) | 06/16/16 | K | | |
| 57. Mountain Province Diamonds, Inc. (MDM) | | None | K | T | Buy | 08/05/16 | K | | |
| 58. | | | | | Buy (add'l) | 09/29/16 | K | | |
| 59. PowerShare Buyback Achievers Fund (PKW) | | None | | | Sold | 01/06/16 | M | E | |
| 60. SPDR S&P 500 ETF (SPY) | | None | | | Sold (part) | 01/06/16 | K | B | |
| 61. | | | | | Sold (part) | 01/11/16 | L | C | |
| 62. | | | | | Buy (add'l) | 02/11/16 | L | | |
| 63. | | | | | Buy (add'l) | 02/12/16 | K | | |
| 64. | | | | | Buy (add'l) | 02/18/16 | K | | |
| 65. | | | | | Sold (part) | 06/27/16 | L | | |
| 66. | | | | | Sold | 07/26/16 | M | | |
| 67. Sarepta Therapeutics, Inc. (SRPT) | | None | L | T | Buy (add'l) | 01/15/16 | K | | |
| 68. | | | | | Buy (add'l) | 01/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/14/16 | K | | |
| 70. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 71. | | | | | Sold (part) | 05/25/16 | K | | |
| 72. | | | | | Sold (part) | 07/25/16 | K | D | |
| 73. | | | | | Sold (part) | 09/19/16 | K | E | |
| 74. | | | | | Sold (part) | 09/22/16 | J | D | |
| 75. | | | | | Buy (add'l) | 10/18/16 | K | | |
| 76. | | | | | Buy (add'l) | 10/25/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 78. Del Taco Restaurants Warrant fka Levy Acquisition (TACOW) | | None | J | T | | | | | |
| 79. TeleTech Holdings, Inc. (TTEC) | | None | L | T | Sold (part) | 03/11/16 | K | A | |
| 80. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 81. Vonage Holdings Corp. (VG) | | None | L | T | Buy | 09/30/16 | K | | |
| 82. | | | | | Buy (add'l) | 10/28/16 | K | | |
| 83. JP Energy Partners LP (JPEP) | C | Distribution | | | Buy | 04/14/16 | K | | |
| 84. | | | | | Buy (add'l) | 04/20/16 | K | | |
| 85. | | | | | Sold (part) | 09/06/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 09/07/16 | J | A | |
| 87. | | | | | Sold (part) | 09/08/16 | J | A | |
| 88. | | | | | Sold (part) | 10/20/16 | J | B | |
| 89. | | | | | Sold (part) | 10/26/16 | J | B | |
| 90. | | | | | Sold (part) | 11/01/16 | J | A | |
| 91. | | | | | Sold (part) | 11/02/16 | J | A | |
| 92. | | | | | Sold | 11/03/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Seabright, J. Michael | 05/02/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Michael Seabright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544